# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MARTINEZ, et al.,

        Plaintiffs,

v.                                                                     Case No. 06-CV-23

TOYS R US, DELAWARE, INC., et al.,

        Defendants.

## ORDER

On January 30, 2007, a mediation/settlement conference was conducted in this action. The mediation/settlement conference resulted in resolution of plaintiffs' claims.

Accordingly, this action is referred back to the Honorable J. P. Stadtmueller for entry of an appropriate order of dismissal after the parties finalize settlement documents.

SO ORDERED.

Dated at Milwaukee, Wisconsin, this 30th day of January, 2007.

                                          BY THE COURT:

                                          s/AARON E. GOODSTEIN
                                          United States Magistrate Judge